1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | 2:20-CV-01233-TLN-KJN

12 |         Plaintiff,                  | STIPULATION AND ORDER TO
   |                                     | CONTINUE HEARING DATE AND SET A
13 |    v.                               | BRIEFING SCHEDULE

14 | APPROXIMATELY $41,140.00 IN
   | U.S. CURRENCY,
15 |
   |         Defendant.
16

17     On July 1, 2020, Claimant Blake Crisler filed two motions in this civil forfeiture action: (1) for

18 hardship relief pursuant to 18 U.S.C. § 983(f), and (2) to dismiss the United States' Verified Complaint

19 seeking to forfeit the defendant currency.  ECF Nos. 8-9.  The deadline for the United States to oppose

20 each motion is August 6, 2020, based on a hearing date of August 20, 2020, and the Claimant's reply

21 must be filed no later than August 13, 2020.

22     With the Court's approval, the United States and Claimant hereby request an order to extend the

23 deadlines in the case for approximately fourteen days given the unavailability of government counsel, to

24 accommodate the parties' ongoing negotiations concerning the seized funds, and to manage the

25 continuing impacts of the COVID-19 pandemic.  The parties request that the hearing be continued to

26 September 3, 2020, with the United States to respond 14 days prior, and Petitioner to reply 7 days

27 following any opposition.

28

                                             1

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Claimant hereby stipulate that a hearing on Claimant's motions shall be scheduled on September 3, 2020 at 2:00 p.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated:  8/4/2020 

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  8/4/2020 

By: /s/ Miles A. Harris
MILES A. HARRIS
Counsel for Claimant Blake Crisler

(Approved via email)

**ORDER**

IT IS SO ORDERED.

Dated: August 5, 2020

Troy L. Nunley
United States District Judge