McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CV-01233-TLN-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET A BRIEFING SCHEDULE |
| v. | |
| APPROXIMATELY $41,140.00 IN U.S. CURRENCY, | |
| Defendant. | |

On July 1, 2020, Claimant Blake Crisler filed two motions in this civil forfeiture action: (1) for hardship relief pursuant to 18 U.S.C. § 983(f), and (2) to dismiss the United States' Verified Complaint seeking to forfeit the defendant currency.  ECF Nos. 8-9.  The current deadline for the United States to oppose each motion is August 20, 2020, based on a hearing date of September 3, 2020, and the Claimant's reply must be filed no later than August 27, 2020.

With the Court's approval, the United States and Claimant hereby request an order to extend the deadlines in the case for approximately fourteen days to accommodate the parties' ongoing negotiations concerning the seized funds, and to manage the continuing impacts of the COVID-19 pandemic.  The parties request that the hearing be continued to September 17, 2020, with the United States to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and

1

Claimant hereby stipulate that a hearing on Claimant's motions shall be scheduled on **September 17, 2020 at 2:00 p.m.**, the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 8/14/2020

            McGREGOR W. SCOTT
            United States Attorney

By:   /s/ Kevin C. Khasigian
       KEVIN C. KHASIGIAN
       Assistant U.S. Attorney

Dated: 8/14/2020

By:   /s/ Miles A. Harris
       MILES A. HARRIS
       Counsel for Claimant Blake Crisler

(Approved via phone)

## **ORDER**

IT IS SO ORDERED.

Dated: August 17, 2020

_____
Troy L. Nunley
United States District Judge