McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $41,140.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:20-CV-01233-TLN-KJN<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE AND SET A BRIEFING SCHEDULE |

　　　On July 1, 2020, Claimant Blake Crisler filed two motions in this civil forfeiture action: (1) for hardship relief pursuant to 18 U.S.C. § 983(f), and (2) to dismiss the United States' Verified Complaint seeking to forfeit the defendant currency.  ECF Nos. 8-9.  The current deadline for the United States to oppose each motion is September 3, 2020, based on a hearing date of September 17, 2020, and the Claimant's reply must be filed no later than September 10, 2020.

　　　With the Court's approval, the United States and Claimant hereby request an order to extend the deadlines in the case for approximately fourteen days to accommodate the parties' ongoing negotiations concerning the seized funds, and to manage the continuing impacts of the COVID-19 pandemic.  The parties request that the hearing be continued to October 1, 2020, with the United States to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

　　　WHEREFORE, based on the foregoing, and for good cause shown, the United States and

1

Claimant hereby stipulate that a hearing on Claimant's motions shall be scheduled on October 1, 2020 at 2:00 p.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated:  8/31/2020 				McGREGOR W. SCOTT
						United States Attorney

					By:	/s/ Kevin C. Khasigian
						KEVIN C. KHASIGIAN
						Assistant U.S. Attorney

Dated:  8/31/2020 

					By:	/s/ Miles A. Harris
						MILES A. HARRIS
						Counsel for Claimant Blake Crisler

						(Approved via phone)

**ORDER**

IT IS SO ORDERED.

Dated: September 1, 2020

						Troy L. Nunley
						United States District Judge